# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-30723

---

William Goldring; Jane Goldring,

*Plaintiffs—Appellants,*

*versus*

United States of America,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-10756

---

ON PETITION FOR REHEARING EN BANC

Before Jones, Southwick, and Engelhardt, *Circuit Judges.*

Per Curiam:

  Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. The petition for rehearing en banc is DENIED because, at the request of one of its members, the court was polled, and a majority did not vote in favor of rehearing (Fed. R. App. P. 35 and 5th Cir. R. 35).

In the en banc poll, seven judges voted in favor of rehearing (Judges Smith, Stewart, Dennis, Haynes, Graves, Higginson, and Costa), and ten voted against rehearing (Chief Judge Owen, and Judges Jones, Elrod, Southwick, Willett, Ho, Duncan, Engelhardt, Oldham and Wilson).

ENTERED FOR THE COURT:

_____
KURT D. ENGELHARDT
*United States Circuit Judge*